# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-19-00784-CR

---

**James Allen Brickley, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 426TH DISTRICT COURT OF BELL COUNTY
### NO. 77174, THE HONORABLE FANCY H. JEZEK, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

Appellant James Allen Brickley filed his notice of appeal on October 31, 2019. The reporter's record was due on December 10, 2019. On reporter's requests, the time for filing was extended to March 11, 2020. On March 11, 2020, Ms. Virginia Bunting requested a fourth extension of time. We order Bunting to file the reporter's record in this cause no later than March 25, 2020. *See* Tex. R. App. P. 37.3(a). Failure to file the record will result in Bunting being called before the Court to show cause why she should not be held in contempt of this order.

It is ordered on March 19, 2020.

Before Chief Justice Rose, Justices Baker and Triana

Do Not Publish